

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-7-2007

# Secretary Labor v. Comm Trust Co

Precedential or Non-Precedential: Precedential

Docket No. 05-2785

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Secretary Labor v. Comm Trust Co" (2007). *2007 Decisions.* Paper 1394.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1394

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEAL
FOR THE THIRD CIRCUIT

_____

Nos.  05-2785/4828
_____

ELAINE L. CHAO, SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR

v.

COMMUNITY TRUST COMPANY,

Appellant.

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
District Court No. 05-mc-00018
District Judge: Hon. Mary A. McLaughlin

_____

Argued on March 9, 2006

Before: ALDISERT, and ROTH*, Circuit Judges
RODRIGUEZ**, District Judge

(Opinion filed January 19, 2007)

**ORDER  AMENDING OPINION**

_____

*Judge Roth assumed senior status on May 31, 2006.

**The Honorable Joseph H. Rodriguez, Senior United States District Judge for the District of New Jersey, sitting by designation.

**ROTH**, <u>Circuit Judge</u>:

IT IS ORDERED that the published Opinion in the above case filed January 19, 2007, be amended as follows:

**On page 22, L.19, delete** the following:   "<u>Koresko</u>, however, did not consider <u>Shaw</u> vis-à-vis the GLBA because the subjects of the subpoena in that case were not financial institutions.  For that reason, <u>Koresko</u> and Penn-Mott were not able to invoke the GLBA as a defense.  Therefore, <u>Koresko</u> is distinguishable on this point."  and **replace** with the following:   " <u>Koresko</u>, however, did not consider <u>Shaw</u> vis-à-vis the GLBA.   Therefore, <u>Koresko</u> is distinguishable.

By the Court,

 /s/ Jane R. Roth                          
                         Circuit Judge

Dated:   March 7, 2007

lwc/cc:       Lowell R. Gates, Esq.
              Albert N. Peterlin, Esq.
              Ellen L. Beard, Esq.
              Robyn Swanson, Esq.